Chris Roy, OSB # 031777
Roy Law
520 S.W. Yamhill, Suite 212
Portland, OR 97204
PH: 503-206-4313
FAX: 855-344-1726
chris@roylawpdx.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DENA HADLEY, | Case No. 6:16-cv-01643-JR |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that all claims and counterclaims alleged in the above entitled action are dismissed with prejudice, and without an award of attorney fees and/or costs to either party.

IT IS SO STIPULATED on this 6th day of October.

/s/ Chris Roy
Chris Roy, OSB# 031777
Roy Law
520 S.W. Yamhill, Suite 212
Portland, OR 97204
chris@roylawpdx.com
PH: (503) 206-4313
FAX: (855) 344-1726
   Of Attorneys for Plaintiff

/s/ Robert B. Miller
Robert B. Miller, OSB No. 960068
Kilmer Voorhees & Laurick, P.C.
732 N.W. 19th Avenue
Portland, OR 97209
bobmiller@kilmerlaw.com
PH: (503) 224-0055
FAX: (503) 222-5290
   Of Attorneys for Defendant

Page 1 – Hadley v. Unum Life Insurance Company of America
Stipulated Dismissal With Prejudice

ROY LAW
520 SW Yamhill, #212
Portland, OR 97204
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DENA HADLEY,<br><br>             Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. 6:16-cv-01643-JR<br><br>ORDER OF DISMISSAL |

Based on the stipulation of the parties, it is hereby:

ORDERED, ADJUDGED and DECREED that the above-captioned action is dismissed with prejudice without an award of costs and/or fees to any party.

October 20, 2016

_/s/ Jolie D. Russo_
Honorable Jolie A. Russo
United States District Judge

Page 1 – Hadley v. Unum Life Insurance Company of America
        Order of Dismissal

ROY LAW
520 SW Yamhill, #212
Portland, OR 97204
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com